PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN P. RIVERA,<br><br>　　　　　　Defendant. | Case No. 5:24-po-00259-CDB<br><br>[Citation #E1389692, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL<br><br>(Doc. 3) |

　　　The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00259-CDB against JOHN P. RIVERA [Citation #E1389692, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 27, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　	　　　　　　　　　　　　　　Assistant United States Attorney

1

USA v. Rivera
Case No. 5:24-po-00259-CDB

# O R D E R

IT IS HEREBY ORDERED on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00259-CDB [Citation #E1389692, CA14] against JOHN P. RIVERA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 27, 2024**                              _____
                                                          UNITED STATES MAGISTRATE JUDGE